**Electronically Filed
Supreme Court
SCWC-15-0000640
05-APR-2016
09:38 AM**

SCWC-15-0000640

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

In re Application of MAUI ELECTRIC COMPANY, LIMITED,
For Approval of the Amended and Restated Power Purchase Agreement
With Hawaiian Commercial & Sugar Company

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000640; PUC DOCKET NO. 2015-0094)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner Sierra Club's application for writ of certiorari, filed on February 19, 2016, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, April 5, 2016.

| | |
|---|---|
| Isaac H. Moriwake and Kylie W. Wager, for petitioner SIERRA CLUB | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Thomas C. Gorak and Mark J. Kaetsu for respondent STATE OF HAWAIʻI, PUBLIC UTILITIES COMMISSION | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |



Randall C. Whattoff,
James E. Abraham, and
Rebecca Dayhuff Matsushima
for respondent MAUI
ELECTRIC COMPANY, LTD.